Pro Se 1 2016

FILED ___ LODGED ___
RECEIVED ___
JUN 23 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Tran, Tam

Plaintiff(s),

v.

Clark County Sheriff's Office

Defendant(s).

CASE NO. 3:22-cv-5456-BHS
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes  ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Tam Tran
Street Address: 4100 NE 45th Cir
City and County: Vancouver  WA 98661-2814
State and Zip Code: WA 98661-2814
Telephone Number: 360 909 3831

IFP

COMPLAINT FOR A CIVIL CASE - 1

B.     Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Clark County Sheriff's Office |
| Job or Title (if known) | |
| Street Address | 707 West 13th St. |
| City and County | Vancouver   Clark |
| State and Zip Code | WA   98660 |
| Telephone Number | 564 397 2211 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2016*

1 | Defendant No. 4

2 |     Name _____
3 |     Job or Title *(if known)* _____
4 |     Street Address _____
5 |     City and County _____
6 |     State and Zip Code _____
    Telephone Number _____

## II.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2016

B. If the Basis for Jurisdiction Is Diversity of Citizenship

    1. The Plaintiff(s)

        a. If the plaintiff is an individual.

The plaintiff (*name*) __Tran, Tam__, is a citizen of the State of (*name*) __Washington__.

        b. If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

(*If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.*)

    2. The Defendant(s)

        a. If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

        b. If the defendant is a corporation.

The defendant, (*name*) __Clark County Sheriff's__, is incorporated under the laws of the State of (*name*) __Washington__, and has its principal place of business in the State of (*name*) __Washington__.

Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*) _____.

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

      3.    The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

_____

_____

_____

### III.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

3/28/2020 - Arrested for domestic violence and locked up for 3 days. Was not allowed to come home for almost 6 months, discriminating

### IV.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

- I had to sleep on the streets and was basically homeless.

### V.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/15/22

Signature of Plaintiff: *Tam Tran*

Printed Name of Plaintiff: Tam Tran

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR A CIVIL CASE - 6

VIETNAMESE

# IN THE DISTRICT COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF CLARK

State of Washington )
City of Vancouver/ Camas/Washougal ) Case No: XZ0389535    CLS   CN
                          Plaintiff, )
              v.                      ) NOT GUILTY PLEA
TRAN, TAM                             )
                          Defendant. )

**THIS CAUSE coming in Open Court on the below indicated date, pursuant to CrRLJ 4.1, for the Defendant to plead to the crime(s) charged herein, and it being demanded of the Defendant whether he/she is guilty or not guilty of the matter(s) set forth in the criminal complaint/citation, the Defendant pleads NOT GUILTY to each count contained therein.**

The Defendant has been advised of his/her right to a trial by jury. The Defendant also has been advised of his/her right to be represented by a lawyer at arraignment and to have an appointed lawyer for arraignment if the defendant cannot afford one.

**To the Defendant:**
**You are hereby ordered to appear at District Court for the following scheduled court dates:**

**PRETRIAL CONFERENCE DATE:** _____ at _____

**MANDATORY PRETRIAL HEARING DATE:** MAY 26, 2020    at 8:30 AM

**OTHER DATE:** Not Applicable _____ on _____ at _____

Defendant is hereby released by this court order or has been admitted to bail. Failure to appear at these hearings, or any other court dates scheduled as a result of these hearings, may result in a bail/bond forfeiture and/or the issuance of a warrant for your arrest.

Dated 03/30/2020

                                    Judge Kelli E. Osler
                                    Digitally signed by Judge Kelli E. Osler
                                    Date: 2020.03.30 14:13:53 -07'00'
                                    Judge Kelli Osler

I have read and understand this agreement. I have received a copy of this agreement and by signing below, agree to appear at all scheduled court dates.

X_____
Defendant

                                    Clerk 4749
                                    DC 1001 - Rev 05/2016

# IN THE DISTRICT COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF CLARK

| | |
|---|---|
| State of Washington<br>City of Vancouver/ Camas/Washougal<br><br>Plaintiff,<br><br>v.<br><br>TRAN, TAM<br><br>Defendant. | ) Case No(s): 891476 _____ WSP  CT<br>)<br>)<br>)<br>)<br>)<br>)<br>) Order To Return To Court |

YOU ARE HEREBY ORDERED TO RETURN TO COURT:

on MAY 26, 2020 _____ at 8:30 AM _____

for FTC NLV _____

Defendant is hereby released by this court order or has been admitted to bail. Failure to appear at this hearing or any other court dates scheduled as a result of this hearing may result in a bail/bond forfeiture, and/or the issuance of a warrant for your arrest.

Dated
    03/30/2020

**Judge Kelli E. Osier**
Digitally signed by Judge Kelli E. Osier
Date: 2020.03.30 14:14:37 -07'00'

Judge Kelli Osler

I understand that I am liable for penalties for failure to appear.


X _____         _____
Defendant                          Defendant's Attorney, WSBA

Order to Return to Court                                 Clerk: 4749
Page 1 of 1                                        DC 1022  -  Rev 04/2016

VIETNAMESE

## DISTRICT COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF CLARK

| | |
|---|---|
| State of Washington/City of Vancouver/ City of Camas/Washougal<br>Plaintiff,<br>vs.<br>TRAN, TAM<br>▇▇▇/1960            Defendant. | No: XZ0389535   CLS  CN<br>Crime: ASSAULT 4TH DEGREE-DV<br><br>ORDER ESTABLISHING CONDITIONS OF RELEASE PURSUANT TO CrR3.2 |

THE COURT HAVING found probable cause, establishes the following conditions that shall apply while this case is pending or until this order is modified by the court; IT IS HEREBY ORDERED

**Pretrial Release Level:**

- [x] **RECOGNIZANCE**

- [ ] **ADMINISTRATIVE**
  Every other week phone check-ins

- [ ] **ENHANCED**
  Once per month in person check-in and once per month phone check-in

- [ ] **INTENSIVE**
  Every other week in person check-ins

- [ ] In addition to the above release level, **BAIL** is set at     $ _____

- [ ] You are to report to Clark County Pretrial Services Division within 24 hours or the next business day after your release from custody at **707 W 13TH STREET, VANCOUVER, WASHINGTON**

**Additional Conditions:**

- You shall obey all laws

- You shall maintain contact with your defense attorney

- You shall appear at all scheduled hearings, trial, and other hearings required by the court or PRETRIAL RELEASE

  **YOUR NEXT COURT DATE IS:** MAY 26, 2020           at 8:30 AM

- You shall keep your contact information updated with your PRETRIAL RELEASE OFFICER AND THE COURT

  Address: _____    Phone: _____

*District Court Release Order CrR 3.2* - Page 1 of 2                                    Rev 10/2019

**VIETNAMESE**

CFN _____

IN THE DISTRICT COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF CLARK

State of Washington  )
City of Vancouver/ Camas/Washougal  ) Case No: 891476      WSP   CT
              Plaintiff,  )
              v.  ) Memorandum of Disposition
             )
TRAN, TAM _____ Defendant.  )
DOB: ▓▓/1960  )

CRIME(S) DUI _____

☒ The defendant shall be released from custody **today** on the above-captioned case(s) only.
    Reason for release: Release on Recognizance

☐ The defendant is hereby remanded to custody: ☐ Hold without Bail ☐ Bail is set at _____
        ☐ To Supervised Release, if qualified – If not qualified bail is set at _____
        ☐ Bail shall remain in the amount previously set.

☐ The defendant has been sentenced to confinement totaling ____ days with credit for time served of ____ days
  to be served as follows:
    ____ days of additional total confinement
    ____ days of additional partial confinement on:
      ☐ work/educational release   ☐ work program   ☐ EHC _____
      ☐ Defendant shall be screened while in custody
  Sentence to run ☐ concurrent/ ☐ consecutive with _____

☒ The defendant is hereby Ordered to return to court on MAY 26, 2020 at 8:30 AM
☐ Reassign _____
    ☐ Corrections to terminate supervision.
☐ The defendant shall report to Clark County District Court Administration within 24 hours of this order/release from custody.
☒ **YOU SHALL HAVE NO ILLEGAL DRUGS, MARIJUANA, OR ALCOHOL IN YOUR SYSTEM** when reporting to jail, future court appearances, corrections or any assigned class or program.

☐ The defendant shall report to jail ☐ immediately ☐ on _____ at _____
Other: _____

**FAILURE TO REPORT TO JAIL, WORK RELEASE, WORK CREW MAY CONSTITUTE THE CRIME OF ESCAPE AND COULD SUBJECT THE DEFENDANT TO IMMEDIATE ARREST. FAILURE TO RETURN TO COURT AS ORDERED MAY CONSTITUTE THE CRIME OF BAIL JUMP.**

Dated: 03/30/2020         Judge Kelli E. Osler
            Digitally signed by Judge Kelli E. Osler
            Date: 2020.03.30 14:14:37 -07'00'
            Judge Kelli Osler

Defendant _____   Prosecuting Attorney WSBA# _____   Defense Attorney WSBA# _____
Memorandum of Disposition / Page 1 of 1
891476    WSP  CT
Clerk 4749
DC 1003D / Rev 05/2013

**VIETNAMESE**

| DISTRICT COURT OF WASHINGTON FOR THE COUNTY OF CLARK | No. XZ0389535  CLS  CN |
|---|---|
| STATE OF WASHINGTON/ CITY OF VANCOUVER/ CITY OF CAMAS/ WASHOUGAL<br>Plaintiff,<br>vs.<br>TRAN, TAM<br>DOB ■■/■■/1960                Defendant, | ☒ Pre-Trial   ☐ Post Conviction<br>☐ Replacement Order (paragraph 10)<br>**Domestic Violence No-Contact Order**<br>(clj = NOCON, Superior cts = ORNC, ORWPNP)<br>Clerk's action required: Para 9 |

**No-Contact Order**

1. **Protected Person's Identifiers:**

   PHAN, LOAN T
   Name (Last, First Middle)
   10/23/1973    F    A
   DOB     Gender     Race

   _____
   Name (Last, First Middle)
   _____
   DOB     Gender     Race

   **Defendant's Identifiers:**

   | Date of Birth: 6/15/1960 | Gender M | Race A |

2. **Defendant:**
   A. do not cause, attempt, or threaten to cause bodily injury to, assault, sexually assault, harass, stalk, or keep under surveillance the protected person.
   B. do not contact the protected person, directly, indirectly, in person or through others, by phone, mail, or electronic means, except for mailing or service of process of court documents through a third party, or contact by the defendant's lawyers.
   C. do not knowingly enter, remain, or come within 250_____ (1,000 feet if no distance entered) of the protected person's residence, school, workplace, other: _____
   D. other: Third party contact allowed by E-mail or phone, and other electronic communications allowed, but no in-person contact.
   Third party contact allowed to obtain essential personal belongings and tools of trade.
   Third Party contact allowed regarding child welfare and to arrange child visits, if any.

3. **Firearms, Weapons, and Concealed Pistol License, Defendant:**
   ☐ do not, own, possess, or control a firearm. (RCW 9.41.040.)
   ☐ do not access, obtain, or possess a firearm, other dangerous weapon, or concealed pistol license. (RCW 9.41.800.)
   ☐ shall **immediately surrender** all firearms and other dangerous weapons within the defendant's possession or control and any concealed pistol license. Comply with the *Order to Surrender Weapons* filed separately. (RCW 9.41.800.)

4. This no-contact order expires on MARCH 30, 2025, Five years from today if no date is entered.

   **Warning:** Violation of this order with actual notice of its terms is a criminal offense under chapter 26.50 RCW and will subject a violator to arrest; any assault, drive-by shooting, or reckless endangerment that is a violation of this order is a felony. **You can be arrested even if the person protected by this order invites or allows you to violate the order's prohibitions.** You have the sole responsibility to avoid or refrain from violating the order's provisions. Only the court can change the order upon written request.

Domestic Violence No-Contact Order (NOCON) (ORNC) (ORWPNP) - Page 1 of 2
WPF NC 02.0100 (07/2019) - RCW 10.99.040, .045, .050, RCW 9.41.800

4749
DC 1401
Rev 09/2019