UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAM TRAN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CLARK COUNTY SHERIFF'S OFFICE,<br><br>　　　　　　　　Defendant. | CASE NO. 3:22-cv-5456-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, Dkt. 6, denying Plaintiff Tam Tran's Motion for Leave to Proceed *in forma pauperis*, Dkt. 1. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

(1)　　The R&R is **ADOPTED**;

(2)　　Tran's Motion for Leave to Proceed *in forma pauperis*, Dkt. 1, is **DENIED**;

ORDER - 1

(3) If Tran wishes to pursue this case, Tran must pay the Court filing fee within 21 days of this Order; failure to pay the filing fee will result in this case being closed; and

(4) Tran is not granted *in forma pauperis* status for the purposes of appeal.

Dated this 18th day of October, 2022.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2